PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BOUALONG SILKEUTSABAY,<br><br>Defendant. | Case No. 1:21-cr-00253-DAD-BAM<br><br>MOTION AND ORDER TO DISMISS SUPERVISED RELEASE PETITION WITHOUT PREJUDICE; VACATE PRELIMINARY HEARING |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Jeffrey A. Spivak, Assistant United States Attorney, moves to dismiss the Supervise Release Petition (Doc. 3) in the interest of justice without prejudice.

The United States also requests the Court vacate the preliminary hearing in the matter set for today, April 14, 2022 at 2:00 pm before the Hon. Erica P. Grosjean.

DATED:  April 14, 2022                    Respectfully submitted,

                                              PHILLIP A. TALBERT
                                              United States Attorney

                                      By:     /s/ Jeffrey A. Spivak
                                                    JEFFREY A. SPIVAK
                                                    Assistant U.S. Attorney

**O R D E R**

IT IS HEREBY ORDERED that the Supervise Release Petition (Doc. 3) is dismissed in the interest of justice without prejudice.

The preliminary hearing set for today, April 14, 2022 at 2:00 pm before the Hon. Erica P. Grosjean is VACATED.

IT IS SO ORDERED.

Dated: **April 14, 2022**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE