IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:21-CR-253 DAD |
| | ) | |
| vs. | ) | ORDER OF RELEASE |
| | ) | |
| BOUALONG SILKEUTSABAY, | ) | |
| | ) | |
| Defendant. | ) | |

As the Court granted defendant's Motion to Dismiss the Supervised Release Violation Petition and Vacated the Preliminary Hearing, document [15], the Court further orders defendant released forthwith.

IT IS SO ORDERED.

Dated:  **April 15, 2022**

_____
UNITED STATES DISTRICT JUDGE